# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Kris J. Matura** | Case No. | **20-14225** |
| Debtor(s) | Chapter | **7** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28**, 2020**, a copy of **Debtor's Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Express (as indicated on Schedule F)**
**Citi Double Cash Card (as indicated on Schedule F)**
**Discover(as indicated on Schedule F)**
**Discover Personal Loans( as indicated on Schedule F)**
**Freedom Mortgage (as indicated on Schedule D)**
**Holy Redeemer(as indicated on Schedule F)**
**M&T Bank(as indicated on Schedule F)**
**Toyota Financial Services (as indicated on Schedule D)**

**Wells Fargo Card Services(as indicated on Schedule F)**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**