UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kris J Matura<br>　　　　　　　　　Debtors<br>Toyota Motor Credit Corporation<br>　　　　　　　　　Movant<br>　　　　v.<br>Kris J Matura<br>　　　　　　　　　Respondent | BK NO. 20-14225-elf<br><br>CHAPTER 13 |

## OBJECTION OF TOYOTA MOTOR CREDIT CORPORATION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

("Movant"), by it Attorney, Leopold & Associates, PLLC, objects to the confirmation of the Debtor's Chapter 13 Plan as follows:

1. On April 28, 2018, the Debtor entered into an Agreement which was secured by a 2014 Toyota Avalon Hybrid with VIN #4T1BD1EBXEU025044.

2. On December 22, 2020, Movant filed a secured proof of claim stting forth a total secured debt of $9,268.04 with an interest rate of 6.25%.

3. The Debtor's Plan fails to provide for any treatment of the Movant's secured claim.

4. Accordingly, Movant objects to Debtor's plan as it is not feasible in that it does not compensate the Movant's secured claim.

5. In addition, the plan fails to comply with the requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Movant pray that the Court denies the confirmation of the Debtor's plan and grant any other such further relief, at law or in equity as is just.

Date: February 1, 2021

/s/ *Robert P Wendt*, Esquire
By: Robert P Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kris J Matura <br><br> Debtors(s) <br><br> Toyota Motor Credit Corporation <br><br> Movant <br><br> v. <br><br> Kris J Matura <br><br> Respondent | BK NO. 20-14225-elf <br><br> CHAPTER 13 |

**CERTIFICATE OF SERVICE**

      I, Robert P Wendt, attorney for Movant, do hereby certify that true and correct copies of the foregoing Objection to Confirmation of Debtor's Chapter 13 Plan have been served on February 1, 2021, by first class mail, and/or electronic means upon those listed below:

Kris J. Matura
Debtor
945 Cherry Lane
Southampton, PA 18966

Tova Weiss
Blitshtein & Weiss, P.C.
Attorneys for Debtor
648 2nd Street Pike
Southampton, PA 18966

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Leopold & Associates, PLLC
80 Business Park Drive, Suite 110

Armonk, New York 10504

Date: February 1, 2021

/s/ *Robert P Wendt*, Esquire
By: Robert P Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant