# Earnings Statement

**KRIS MATURA**

| | | | | |
|---|---|---|---|---|
| Pay Date: | 10/16/2020 | Company: 0CB05 - RECONSTRUCTIVE ORTHOPAEDIC ASSOCIAT | | Emp #: A0F2 |
| Period Start: | 09/28/2020 | 925 CHESTNUT STREET 5TH FLOOR | | Dept: 330 - IT |
| Period End: | 10/11/2020 | PHILADELPHIA PA 19107 | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 50.76 | 78.00 | 3959.07 | 71135.09 |
| BEREAVEMENT | 50.76 | 0.00 | 0.00 | 812.12 |
| PA Sick Leave | 50.76 | 2.00 | 101.51 | 101.51 |
| Personal | 50.76 | 0.00 | 0.00 | 812.12 |
| Vacation | 38.07 | 0.00 | 0.00 | 3553.00 |
| BONUS | | | 0.00 | 3447.00 |
| Employee Awards | | | 0.00 | 349.78 |
| Holiday | 50.76 | 0.00 | 0.00 | 1905.12 |
| Med Rebate | | | 119.92 | 119.92 |
| VALUE GTL -PA | | | 2.58 | 53.66  In/Out |
| **Gross** | | 80.00 | 4183.08 | 82289.32 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 236.54 | 5584.29 |
| Medicare | | | 55.20 | 1078.58 |
| Social Security | | | 236.02 | 4611.87 |
| Penn. State W/H(C/3) | | | 116.79 | 2281.92 |
| 090101,BENSALEM TWP | | | 0.00 | 0.00 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 146.49 | 2856.57 |
| LST 090101, BENSALEM TWP | | | 0.00 | 0.00 |
| Pennsylvania UI/HC/WF | | | 2.51 | 49.41 |
| **Deductions** | | | | |
| 401k ee % | | | 752.49 | 3676.09 |
| Dental PPO Rothman | | | 21.02 | 441.42 |
| Keystone POS | | | 355.38 | 7462.98 |
| Long Term Employee | | | 12.79 | 267.11 |
| **Net Pay** | | | 2245.27 | 53925.42  Voucher No. 271192059DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2245.27 | 53925.42  A/C:5473 |

| Employee Benefits, Allowances, and Other | | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|---|
| 401k Er - Match | | | 125.42 | 2467.08 *Company Match | | |
| Bereavement Hours | | | 0.00 | -16.00 | 0.00 | -16.00 |
| Company Reserve Hours | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Education Hours | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Hours | | | 0.00 | 24.00 | 16.00 | 8.00 |
| Vacation Hours | | | 4.62 | 319.67 | 72.00 | 247.67 |

# Earnings Statement

**KRIS MATURA**

| Pay Date: | 10/02/2020 |
|---|---|
| Period Start: | 09/14/2020 |
| Period End: | 09/27/2020 |

Company: 0CB05 - RECONSTRUCTIVE ORTHOPAEDIC ASSOCIAT
925 CHESTNUT STREET 5TH FLOOR
PHILADELPHIA  PA  19107

Emp #: A0F2
Dept: 330 - IT
Pay Basis: Salary

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 50.76 | 80.00 | 4060.58 | 67176.02 |
| BEREAVEMENT | 50.76 | 0.00 | 0.00 | 812.12 |
| Personal | 50.76 | 0.00 | 0.00 | 812.12 |
| Vacation | 38.07 | 0.00 | 0.00 | 3553.00 |
| BONUS | | | 0.00 | 3447.00 |
| Employee Awards | | | 0.00 | 349.78 |
| Holiday | 50.76 | 0.00 | 0.00 | 1905.12 |
| VALUE GTL -PA | | | 2.58 | 51.08 In/Out |
| **Gross** | | 80.00 | 4063.16 | 78106.24 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 224.74 | 5347.75 |
| Medicare | | | 53.45 | 1023.38 |
| Social Security | | | 228.58 | 4375.85 |
| Penn. State W/H(C/3) | | | 113.10 | 2165.13 |
| 090101,BENSALEM TWP | | | 0.00 | 0.00 |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 142.29 | 2710.08 |
| LST 090101, BENSALEM TWP | | | 0.00 | 0.00 |
| Pennsylvania UI/HC/WF | | | 2.44 | 46.90 |
| **Deductions** | | | | |
| 401k ee % | | | 730.90 | 2923.60 |
| Dental PPO Rothman | | | 21.02 | 420.40 |
| Keystone POS | | | 355.38 | 7107.60 |
| Long Term Employee | | | 12.79 | 254.32 |
| **Net Pay** | | | 2175.89 | 51680.15 Voucher No. 268844038DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2175.89 | 51680.15 A/C:5473 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k Er - Match | 121.82 | 2341.66 *Company Match | | |
| Bereavement Hours | 0.00 | -16.00 | 0.00 | -16.00 |
| Company Reserve Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Education Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Hours | 0.00 | 24.00 | 16.00 | 8.00 |
| Vacation Hours | 4.62 | 315.05 | 72.00 | 243.05 |

# Earnings Statement

**KRIS MATURA**

| Pay Date: | 09/18/2020 | Company: 0CB05 - RECONSTRUCTIVE ORTHOPAEDIC ASSOCIAT | Emp #: A0F2 |
| --- | --- | --- | --- |
| Period Start: | 08/31/2020 | 925 CHESTNUT STREET 5TH FLOOR | Dept: 330 - IT |
| Period End: | 09/13/2020 | PHILADELPHIA  PA  19107 | Pay Basis: Salary |

|  | Rate | Hours/Units | Current Period | Year To Date |  |
| --- | --- | --- | --- | --- | --- |
| **Earnings** | | | | | |
| Regular | 50.76 | 72.00 | 3654.52 | 63115.44 | |
| BEREAVEMENT | 50.76 | 0.00 | 0.00 | 812.12 | |
| Personal | 50.76 | 0.00 | 0.00 | 812.12 | |
| Vacation | 38.07 | 0.00 | 0.00 | 3553.00 | |
| BONUS | | | 0.00 | 3447.00 | |
| Employee Awards | | | 0.00 | 349.78 | |
| Holiday | 50.76 | 8.00 | 406.06 | 1905.12 | |
| VALUE GTL -PA | | | 2.58 | 48.50 | In/Out |
| **Gross** | | 80.00 | 4063.16 | 74043.08 | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/3) | | | 224.74 | 5123.01 | |
| Medicare | | | 53.46 | 969.93 | |
| Social Security | | | 228.58 | 4147.27 | |
| Penn. State W/H(C/3) | | | 113.10 | 2052.03 | |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 142.29 | 2567.79 | |
| Pennsylvania UI/HC/WF | | | 2.44 | 44.46 | |
| **Deductions** | | | | | |
| 401k ee % | | | 730.90 | 2192.70 | |
| Dental PPO Rothman | | | 21.02 | 399.38 | |
| Keystone POS | | | 355.38 | 6752.22 | |
| Long Term Employee | | | 12.79 | 241.53 | |
| **Net Pay** | | | 2175.88 | 49504.26 | Voucher No. 266565470DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 2175.88 | 49504.26 | A/C:5473 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
| --- | --- | --- | --- | --- |
| 401k Er - Match | 121.82 | 2219.84 *Company Match | | |
| Bereavement Hours | 0.00 | -16.00 | 0.00 | -16.00 |
| Company Reserve Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Education Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Hours | 0.00 | 24.00 | 16.00 | 8.00 |
| Vacation Hours | 4.62 | 310.43 | 72.00 | 238.43 |

# Earnings Statement

**KRIS MATURA**

| Pay Date: | 09/04/2020 |
|---|---|
| Period Start: | 08/17/2020 |
| Period End: | 08/30/2020 |

Company: 0CB05 - RECONSTRUCTIVE ORTHOPAEDIC ASSOCIAT
925 CHESTNUT STREET 5TH FLOOR
PHILADELPHIA PA 19107

Emp #: A0F2
Dept: 330 - IT
Pay Basis: Salary

|  | Rate | Hours/Units | Current Period | Year To Date |  |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 50.76 | 80.00 | 4060.58 | 59460.92 | |
| BEREAVEMENT | 50.76 | 0.00 | 0.00 | 812.12 | |
| Personal | 50.76 | 0.00 | 0.00 | 812.12 | |
| Vacation | 38.07 | 0.00 | 0.00 | 3553.00 | |
| BONUS | | | 0.00 | 3447.00 | |
| Employee Awards | | | 0.00 | 349.78 | |
| Holiday | 50.76 | 0.00 | 0.00 | 1499.06 | |
| VALUE GTL -PA | | | 2.58 | 45.92 | In/Out |
| **Gross** | | 80.00 | 4063.16 | 69979.92 | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/3) | | | 224.74 | 4898.27 | |
| Medicare | | | 53.46 | 916.47 | |
| Social Security | | | 228.58 | 3918.69 | |
| Penn. State W/H(C/3) | | | 113.10 | 1938.93 | |
| 510101,PHILADELPHIA CITY/PHILADELPH | | | 142.29 | 2425.50 | |
| Pennsylvania UI/HC/WF | | | 2.44 | 42.02 | |
| **Deductions** | | | | | |
| 401k ee % | | | 730.90 | 1461.80 | |
| Dental PPO Rothman | | | 21.02 | 378.36 | |
| Keystone POS | | | 355.38 | 6396.84 | |
| Long Term Employee | | | 12.79 | 228.74 | |
| **Net Pay** | | | 2175.88 | 47328.38 | Voucher No. 264317001DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 2175.88 | 47328.38 | A/C:5473 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401k Er - Match | 121.82 | 2098.02 *Company Match | | |
| Bereavement Hours | 0.00 | -16.00 | 0.00 | -16.00 |
| Company Reserve Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Education Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Hours | 0.00 | 24.00 | 16.00 | 8.00 |
| Vacation Hours | 4.62 | 305.81 | 72.00 | 233.81 |