**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                        Chapter 13

                                        Bankruptcy No. 20-14225-ELF

KRIS J. MATURA

945 CHERRY LANE

SOUTHAMPTON, PA 18966

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KRIS J. MATURA

    945 CHERRY LANE

    SOUTHAMPTON, PA 18966

Counsel for debtor(s), by electronic notice only.

    TOVA WEISS
    BLITSHTEIN & WEISS P.C.
    648 2ND STREET PIKE
    SOUTHAMPTON, PA 18966

Date: 3/11/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee