# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kris J. Matura**                                                           Case No. **20-14225**

Debtor(s)                                                                        Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

American Express National Bank
c/o Zwicker & Associates
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810
(Per POC)

Discover Personal Loans
P.O. Box 30954
Salt Lake City, NV 84130
(Per POC)

Toyota Motor Credit Corporation
P.O.Box 9013
Addison, Texas 75001
(Per POC)

Toyota Lease Trust
c/o Toyota Motor Corporation
P.O. Box 9013
Addison, Texas 75001
(Per POC)

Wells Fargo Bank
Wells Fargo Card Services
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438
(Per POC)

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany , OH 43054-3025
(Per POC)

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764
(Per POC)

|   |   |
|---|---|
|   | **/s/ Tova Weiss** |
|   | **Tova Weiss** |
|   | **Blitshtein & Weiss** |
|   | **648 2nd Street Pike** |
|   | **Southampton, PA 18966** |
|   | **215-364-4900Fax:215-364-8050** |
|   | **weiss@lawyersbw.com** |