UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kris J Matura<br><br>                          Debtors(s) | |
| Toyota Motor Credit Corporation<br><br>                          Movant<br><br>            v.<br><br>Kris J Matura<br><br>                          Respondent | BK NO. 20-14225-elf<br><br>CHAPTER 13 |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Kindly withdraw the Objections of Toyota Motor Credit Corporation to the Confirmation

of Debtor's Chapter 13 Plan, which were filed with the Court on or about January 7, 2021 at

Docket # 29 and February 1, 2021 at Docket #37.

Date: May 18, 2021

/s/ *Robert P Wendt*, Esquire
By: Robert P Wendt, Esquire
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant