# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kris J. Matura**            Case No. **20-14225**
Debtor(s)        Chapter **13**

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Tova Weiss, Esquire., applies under §330 of the Bankruptcy code for an award of compensation and reimbursement of actual, necessary expenses, and represents:

1. Applicant, Tova Weiss, Esquire, is counsel for the debtor(s).
2. The debtor(s) filed a petition under Chapter 7, which was convereted to Chapter 13 of the Bankruptcy code.

3. The Debtor's annualized current monthly income as set forth on Form B22C is:

   ____ ___ above median (the amount of line 15 is not less than the amount on line 16)

   ___X__ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor(s), the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Application requests an award of compensation of $4,250.00 in providing the following services:

   Meeting with client(s), telephone calls and faxes to creditors, telephone calls with client(s), receipt, review and response to emails from client(s), gathering information for petition, input information, Meeting of Creditors, any and all amendments required, and further information if necessary, telephone calls and faxes to Chapter 13 Trustee and any objections to proofs of claims, Motion to Convert, negotiations with creditors, and finalizing confirmation and any and all other legal services required.

6. Applicant does not request reimbursement of expenses, as all Court costs ( filing fee) has been paid by the debtor to date.

7. The debtor paid Applicant $1,665.00 for legal fees, plus filing fees $338.00 (case began as Chapter 7), prior to the filing of the Petition, leaving a balance for legal fees in the amount of $2,585.00
.
8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A".

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. Section 504 (c) applies.

**WHEREFORE,** Applicant, requests an award of $4,250.00 of which $1,665.00 has already been paid to debtor's counsel for legal fees , leaving a balance of $2,585.00 for legal fees and $0 in reimbursement of actual, necessary expenses. The cost of filing fee in the amount of $338.00 has been paid by the debtor.

|  |  |
|---|---|
|  | /s/Tova Weiss |
|  | Tova Weiss, Esquire |
|  | Attorney I.D. 74015 |
|  | Blitshtein & Weiss, P.C. |
|  | 648 2nd Street Pike |
|  | Southampton, PA 18966 |
| Dated: July 7, 2021 | 215-364-4900 |
|  | Attorney for Debtor(s) |