## United States Bankruptcy Court
### Eastern District of Pennsylvania

| In re | **Kris J. Matura** | | Case No. | **20-14225** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

### <u>ORDER</u>

**AND NOW,** upon consideration of the Application of Compensation ("the Application") filed by the

Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been

made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an

   administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S. C. §507, 11 U.S.C. §503(b) and

   11 U.S. C. §330 (a)(4)(B), the allowed compensation set forth in ¶2 less $1,665.00 which

   was paid by the Debtor(s) prepetition,leaving a balance of $2,585.00 for legal fees to Tova Weiss, Esquire,  to the

   extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date**: _____                     _____

                                             **Eric L. Frank**
                                             **U.S. Bankruptcy Judge**