# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kris J. Matura**  
Debtor(s)

Case No. **20-14225**  
Chapter **13**

## CERTIFICATE OF NO RESPONSE

I, Tova Weiss, counsel for debtor, Kris J. Matura, hereby certifies that no response or objection has been received regarding the Application for Compensation filed on July 7, 2021.

Dated: July 21, 2021

/s/Tova Weiss  
Tova Weiss, Esquire  
Attorney I.D. 74015  
Blitshtein & Weiss, P.C.  
648 2nd Street Pike  
Southampton, PA 18966  
215-364-4900  
Attorney for Debtor(s)