IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>KRIS J. MARTURA,<br><br>　Debtor,<br><br>TOYOTA LEASE TRUST,<br><br>　Movant,<br><br>　　　v.<br><br>KRIS J. MARTURA, and<br>KENNETH E. WEST, Trustee,<br><br>　Respondents. | Bankruptcy No. 20-14225-elf<br><br>Chapter 13<br><br>Document No. 73 |

PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

TO THE CLERK OF COURTS:

　Kindly withdraw the Motion for Relief from Stay filed on behalf of Toyota Lease Trust on July 12, 2022 at Document No. 73. The Debtor has brough the account current through July 2022.

Dated: August 23, 2022

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　412-456-8112
　　　　　　　　　　　　　　　　　　　　　Fax: 412-456-8135

　　　　　　　　　　　　　　　　　　　　　*Counsel for Toyota Lease Trust*