United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-14225-mdc

Kris J. Matura                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kris J. Matura, 945 Cherry Lane, Southampton, PA 18966-3908 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2024                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0313-2                                       User: admin                                       Page 2 of 2
Date Rcvd: Feb 02, 2024                             Form ID: 234                              Total Noticed: 1

MARK A. CRONIN
                              on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                              on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

ROBERT PATRICK WENDT
                              on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com
                              LeopoldAssociatesPAX6428@projects.filevine.com

TOVA WEISS
                              on behalf of Debtor Kris J. Matura weiss@lawyersbw.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kris J. Matura

                 Debtor(s)                             Case No:20−14225−mdc

                                                Chapter: 13

---

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                      For The Court

                                      Timothy McGrath,
                                      Clerk of Court

Date: 2/2/24