Certificate Number: 15111-PAE-DE-038152584

Bankruptcy Case Number: 20-14225



15111-PAE-DE-038152584

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 2, 2024</u>, at <u>2:30</u> o'clock <u>PM EST</u>, <u>Kris Jozef Matura</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  February 2, 2024            By:  /s/Fatima Zahra for Ryan McDonough

                                   Name:  Ryan McDonough

                                   Title:  Executive Director of Education