United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14225-mdc |
| Kris J. Matura | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 12, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kris J. Matura, 945 Cherry Lane, Southampton, PA 18966-3908 |
| 14554345 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14571595 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14554348 | | Holy Redeemer, P. O. Box 781728, Philadelphia, PA 19178-1728 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 12 2024 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14554343 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 00:13:36 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14557971 | + | Email/Text: bkfilings@zwickerpc.com | Feb 12 2024 23:54:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14577412 | | Email/Text: mrdiscen@discover.com | Feb 12 2024 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14570075 | + | Email/Text: dplbk@discover.com | Feb 12 2024 23:54:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14554346 | | Email/Text: dplbk@discover.com | Feb 12 2024 23:54:00 | Discover Personal Loans, P.O. Box 6105, Carol Stream, IL 60197-6105 |
| 14554347 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 12 2024 23:53:00 | Freedom Mortgage, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14828098 | + | Email/Text: EBN@brockandscott.com | Feb 12 2024 23:53:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14583562 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 12 2024 23:53:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14828099 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 12 2024 23:53:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14554349 | | Email/Text: camanagement@mtb.com | Feb 12 2024 23:54:00 | M&T Bank, P.O. Box 64679, Baltimore, MD 21264 |
| 14554351 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2024 23:53:00 | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 14554350 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2024 23:53:00 | Toyota Financial Services, P.O. Box 5855, Carol |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Stream, IL 60197-5855 |
| 14571517 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 12 2024 23:53:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14571084 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 12 2024 23:53:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14575470 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 12 2024 23:53:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14554352 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 12 2024 23:52:51 | Wells Fargo Card Services, P.O. Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14554344 | | Citi Double Cash Card |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

BONNIE B. FINKEL
     on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
     on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MARIO J. HANYON
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

MARK A. CRONIN
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 12, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

ROBERT PATRICK WENDT
 on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com
 LeopoldAssociatesPAX6428@projects.filevine.com

TOVA WEISS
 on behalf of Debtor Kris J. Matura weiss@lawyersbw.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kris J. Matura

        Debtor(s)

Case No: 20−14225−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/12/24

92 − 84
Form 138OBJ